E-FILED on     10/9/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW SMITH COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>CORONET FOODS, INC., WESTERN DIVISION; CORONET FOODS, INC., EASTERN DIVISION; HOWARD W. LONG; ERNEST PASCUA; HOWARD D. LONG; and WENDY LONG,<br><br>    Defendants. | No. C-04-03298 RMW<br><br>ORDER REQUESTING JOINT STATUS REPORT |

    Defendant Coronet Foods Eastern Division filed for bankruptcy protection in the Northern District of West Virginia on October 29, 2004 (Case Number 04-3822). On January 13, 2005, Coronet Foods Western Division filed for Chapter 11 bankruptcy protection in the Northern District of West Virginia (Case Number 05-151). These bankruptcy filings invoked an automatic stay of proceedings in this case and no action has been taken since March 17, 2005. The court requests that the parties file a status report regarding this matter by October 26, 2007, informing it as to the current status of the bankruptcy proceedings and what, if any, proceedings may be appropriate in this court.

DATED:     10/9/07                                                  /s/ Ronald M. Whyte
                                                                    RONALD M. WHYTE
                                                                      United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Paul William Moncrief | paul@lomgil.com |
| James Washburn Sullivan | jim@lomgil.com |

**Counsel for Intervening Plaintiffs:**

| | |
|---|---|
| Marion I. Quesenbery | marion@rjlaw.com |
| Lawrence Henry Meuers | lmeuers@meuerslawfirm.com |
| Bart Mark Botta | bart@rjlaw.com |

**Counsel for Defendants:**

| | |
|---|---|
| Douglas G. Boven | dboven@reedsmith.com |
| Kiana K. Moradi | kmoradi@reedsmith.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 10/9/07                                    /s/ MAG
                                                     **Chambers of Judge Whyte**