1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**E-FILED on**   10/30/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ANDREW SMITH COMPANY,

        Plaintiff,

      v.

CORONET FOODS, INC., WESTERN
DIVISION; CORONET FOODS, INC.,
EASTERN DIVISION; HOWARD W. LONG;
ERNEST PASCUA; HOWARD D. LONG; and
WENDY LONG,

        Defendants.

No. C-04-03298 RMW

ORDER TO SHOW CAUSE

On October 19, 2007, the court requested that the parties file a status report informing it as to the current status of this case. Defendants' counsel, with the concurrence of plaintiff and some of the intervening plaintiffs, filed a status report stating that a Joint Plan of Liquidation has been confirmed by the United Stated Bankruptcy Court for the Northern District of West Virginia, that the plan provides that all PACA claims are to be paid in full at the allowed amount for such claims, and that plaintiff and all intervening parties with from whom defendants' counsel has received communications agree that the action should be dismissed. Defendants' counsel has not been in communication with counsel for all intervening plaintiffs.

1    Accordingly, the court hereby orders that the parties appear before this court at 280 S. First

2  Street, San Jose, California, 4th floor, courtroom 6, on Friday, November 30, 2007 at 9:00 a.m. to show

3  cause why this matter should not be dismissed.  Failure to appear will result in the dismissal with

4  prejudice of this action.

5

6  DATED: _____10/29/07_____          _Ronald M Whyte_____

7                                                  RONALD M. WHYTE
                                                   United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**Notice of this document has been electronically sent to:**

2

**Counsel for Plaintiff:**

3

| Paul William Moncrief | paul@lomgil.com |
| James Washburn Sullivan | jim@lomgil.com |

4

**Counsel for Intervening Plaintiffs:**

5

| Marion I. Quesenbery | marion@rjlaw.com |

6

| Lawrence Henry Meuers | lmeuers@meuerslawfirm.com |
| Bart Mark Botta | bart@rjlaw.com |

7

**Counsel for Defendants:**

8

| Douglas G. Boven | dboven@reedsmith.com |

9

| Kiana K. Moradi | kmoradi@reedsmith.com |

10

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

11

12

13

**Dated:**        10/30/07                              /s/ MAG

14

**Chambers of Judge Whyte**

15

16

17

18

19

20

21

22

23

24

25

26

27

28