**E-FILED on** 12/4/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW SMITH COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CORONET FOODS, INC., WESTERN DIVISION; CORONET FOODS, INC., EASTERN DIVISION; HOWARD W. LONG; ERNEST PASCUA; HOWARD D. LONG; and WENDY LONG,<br><br>　　　　Defendants. | No. C-04-03298 RMW<br><br>ORDER DISMISSING CASE |

　　By order dated October 29, 2007, the court ordered the parties to appear to show cause why this matter should not be dismissed, warning that failure to appear would result in the dismissal with prejudice of this action. No party appeared. Accordingly, the court dismisses this action with prejudice for failure to prosecute.

DATED:　　12/3/07　　　　　　　　　　　　　*Ronald M Whyte*
　　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER DISMISSING CASE—C-04-03298 RMW
MAG

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiff:**

3  Paul William Moncrief paul@lomgil.com
   James Washburn Sullivan jim@lomgil.com

4

5  **Counsel for Intervening Plaintiffs:**
   Marion I. Quesenbery marion@rjlaw.com

6  Lawrence Henry Meuers lmeuers@meuerslawfirm.com
   Bart Mark Botta bart@rjlaw.com

7

8  **Counsel for Defendants:**
   Douglas G. Boven dboven@reedsmith.com

9  Kiana K. Moradi kmoradi@reedsmith.com

10 Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

11

12

13 **Dated:**     12/4/07                           /s/ MAG
                                              **Chambers of Judge Whyte**
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DISMISSING CASE—C-04-03298 RMW
MAG                                               2